**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Charles D Adelmann
Barbara J Adelmann

Case No: 06–41350 – NCD

Debtor(s)

Chapter 7 Case

**ORDER REGARDING AWARDS OF COMPENSATION OR EXPENSES**
**UNDER FED.R.BANKR.P. 2002(a)(7) AND 2002(f)(8)**

Pursuant to FED.R.BANKR.P. 2002(a)(7) and 2002(f)(8) and Local Rule 3009–1(b), the trustee has filed a Final Report and Proposed Distribution, the net proceeds after payment of administrative expenses do not exceed $1,500.00, no single request for award of compensation and expenses exceeds $500.00, and no notice to creditors is required.

IT IS THEREFORE ORDERED, that reasonable compensation for actual and necessary services rendered, or reimbursement for actual and necessary expenses incurred, are hereby awarded or allowed, under 11 U.S.C. §§ 330(a), 503(b)(4), as follows:

| APPLICANTS | COMPENSATION | REIMBURSEMENT |
|---|---|---|
| **TRUSTEE:** DWIGHT R. J. LINDQUIST | 7828.26 | 100.49 |
| ACCOUNTANT: LINDA M. BERREAU | 2077.00 | 30.20 |

Dated: 7/17/08

<u>Nancy C Dreher</u>
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on July 17, 2008
Lori Vosejpka Clerk, United States Bankruptcy Court
By: chris Deputy Clerk

**mnboacom** 03/03/2005 – pb