MN-304
(Rev. 1/03)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: | ) CHAPTER 7 |
| ADELMANN, CHARLES D. | ) CASE NO. 06-41350  NCD |
| ADELMANN, BARBARA J. | ) |
| Debtor(s). | ) **TRUSTEE'S FINAL ACCOUNT,** |
|  | ) **CERTIFICATION, AND APPLICATION** |
|  | ) **FOR DISCHARGE** |

The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered.  A Trustee's Final Report and Proposed Distribution (TFR) has been filed and disbursements have been completed.  All original bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee.

The trustee's distribution of gross receipts of $96,268.67 is summarized below:

| | | |
|---:|---|---|
| $ 7,828.26 | a. | Trustee Compensation |
| $ 0.00 | b. | Fee for Attorney for Trustee |
| $ 0.00 | c. | Fee for Attorney for Debtor |
| $ 2,077.00 | d. | Other Professionals |
| $ 150.13 | e. | All Expenses, including Trustee and Court costs |
| $ 0.00 | f. | Secured Creditors |
| $ 0.00 | g. | Priority Creditors |
| $ 81,506.85 | h. | Unsecured Creditors |
| $ 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors -- i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ 91,562.24 | j. | SUBTOTAL (sum of lines a through i) |
| $ 4,706.43 | k. | Payments to Debtor (including payments of exemptions) |
| $ 96,268.67 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account, Certification, and Application for Discharge be accepted, and that the Court closed the case and discharge the trustee of any further duties.

DATED: September 10, 2008          /e/ Dwight R. J. Lindquist

DWIGHT R. J. LINDQUIST, Trustee
1510 Rand Tower
527 Marquette Avenue
Minneapolis,, MN  55402
Telephone Number:  (612) 332-8871
Bar Number:  63538

MN-304
(Rev. 1/03)

## REVIEW BY UNITED STATES TRUSTEE

     The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

HABBO G. FOKKENA

DATED: 9/23/08                    United States Trustee, Region 12

By
:

Printed:  09/10/08 02:56 PM

# Claims Distribution Register

Page: 1

## Case:  06-41350    ADELMANN, CHARLES D.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| SURPLUS | 05/12/08 | 100 | CHARLES D. ADELMANN<br>10760 WOODWATCH CIRCLE<br>EDEN PRAIRIE,, MN 55347<br><8100-00  Exemptions><br>Surplus funds to debtor - Approx. $4,614.65 + accrual of interest of $91.78 = $4,706.43 | 4,614.65 | 4,706.43 | 4,706.43 | 0.00 | 0.00 |
| | | **Priority 100:  100% Paid** | | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/12/08 | 200 | DWIGHT R. J. LINDQUIST<br>1510 RAND TOWER<br>527 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402<br><2100-00   Trustee Compensation> | 7,828.26 | 7,828.26 | 7,828.26 | 0.00 | 0.00 |
| | 05/12/08 | 200 | DWIGHT R. J. LINDQUIST<br>1510 RAND TOWER<br>527 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402<br><2200-00   Trustee Expenses> | 100.49 | 100.49 | 100.49 | 0.00 | 0.00 |
| | 05/12/08 | 200 | LINDA M. BERREAU, C.P.A.<br>16418 GLADYS LANE<br>MINNETONKA,, MN 55345<br><3410-00   Accountant for Trustee Fees (Other Firm)> | 2,077.00 | 2,077.00 | 2,077.00 | 0.00 | 0.00 |
| | 05/12/08 | 200 | LINDA M. BERREAU, C.P.A.<br>16418 GLADYS LANE<br>MINNETONKA,, MN 55345<br><3420-00   Accountant for Trustee Expenses (Other Firm)> | 30.20 | 30.20 | 30.20 | 0.00 | 0.00 |
| | | **Total for Priority 200:  100% Paid** | | **$10,035.95** | **$10,035.95** | **$10,035.95** | **$0.00** | **$0.00** |
| | | **Total for Admin Ch. 7 Claims:** | | **$10,035.95** | **$10,035.95** | **$10,035.95** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 3 | 10/10/06 | 610 | DISCOVER BANK<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)><br>$9,396.08 x 6% interest for 1-½  years $845.65 = $10,241.73 | 9,396.08 | 10,241.73 | 10,241.73 | 0.00 | 0.00 |
| 4 | 10/10/06 | 610 | DISCOVER BANK<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)><br>$14,684.78 x 6% interest for 1-½  years $1,321.63 = $16,006.41 | 14,684.78 | 16,006.41 | 16,006.41 | 0.00 | 0.00 |

Printed:  09/10/08 02:56 PM

# Claims Distribution Register

Page:  2

## Case:  06-41350   ADELMANN, CHARLES D.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 11/08/06 | 610 | NATIONAL CITY BANK<br>P.O. BOX 500 K-A16-2J<br>PORTGAGE, MI 49081<br><7100-00  General Unsecured § 726(a)(2)><br>$4,195.65 x 6% interest for 1-½ years $377.61 = $4,573.26 | 4,195.65 | 4,573.26 | 4,573.26 | 0.00 | 0.00 |
| 8 | 12/04/06 | 610 | CITIBANK SOUTH DAKOTA, N.A.<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV 88901-6305<br><7100-00  General Unsecured § 726(a)(2)><br>$1,636.53 x 6% interest for 1-½ years $147.29 = $1,783.82 | 1,636.53 | 1,783.82 | 1,783.82 | 0.00 | 0.00 |
| 9 | 12/04/06 | 610 | CITIBANK SOUTH DAKOTA, N.A.<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV 88901-6305<br><7100-00  General Unsecured § 726(a)(2)><br>$11,330.30 x 6% interest for 1-½ years $1,019.73 = $12,350.03 | 11,330.30 | 12,350.03 | 12,350.03 | 0.00 | 0.00 |
| 10 | 12/22/06 | 610 | RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00  General Unsecured § 726(a)(2)><br>$12,829.03 x 6% interest for 1-½ years $1,154.61 = $13,983.64 | 12,829.03 | 13,983.64 | 13,983.64 | 0.00 | 0.00 |
| 11 | 01/05/07 | 610 | BANK OF AMERICA, N.A.<br>ATTN: MR M-BK<br>P.O. BOX 53160<br>PHOENIX, AZ 85072-3160<br><7100-00  General Unsecured § 726(a)(2)><br>$11,676.27 x 6% interest for 1-½ years $1,050.86 = $12,727.13 | 11,676.27 | 12,727.13 | 12,727.13 | 0.00 | 0.00 |
| 12 -2 | 05/12/08 | 610 | WELLS FARGO BANK, N.A.<br>WELLS FARGO EDUCATION FINANCIAL SERVICES<br>301 E. 58TH ST N, P.O. BOX 5185<br>SIOUX FALLS,, SD 57117-5185<br><7100-00  General Unsecured § 726(a)(2)><br>Amended claim balance with included interest of $2,060.42. | 2,060.42 | 2,060.42 | 2,060.42 | 0.00 | 0.00 |
| 15 | 04/13/07 | 610 | CHASE BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, P.S.<br>2101 4TH AVENUE - SUITE 900<br>SEATTLE, WA 98121<br><7100-00  General Unsecured § 726(a)(2)><br>Tardy - $7,137.99 x 6% interest for 1-½ years $642.42 = $7,780.41 | 7,137.99 | 7,780.41 | 7,780.41 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    100% Paid** | **$74,947.05** | **$81,506.85** | **$81,506.85** | **$0.00** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$74,947.05** | **$81,506.85** | **$81,506.85** | **$0.00** | **$0.00** |
| | | | **Total for Case :** | **$89,597.65** | **$96,249.23** | **$96,249.23** | **$0.00** | **$0.00** |